SHA-1 Hash: 121AC0B46088E7C235A23D4379BE65A1840E9B77    Title:    X-Art Siterip #1
Rights Owner: Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 3 | 173.3.67.71 | 4/23/2012 9:44 | Watchung | NJ | Optimum Online | BitTorrent |
| 5 | 174.44.226.11 | 3/11/2012 2:37 | Manasquan | NJ | Optimum Online | BitTorrent |
| 9 | 24.228.186.44 | 6/1/2012 0:40 | Old Bridge | NJ | Optimum Online | BitTorrent |
| 24 | 69.126.229.10 | 5/18/2012 12:16 | Edison | NJ | Optimum Online | BitTorrent |
| 25 | 69.126.241.11 | 3/31/2012 0:31 | Edison | NJ | Optimum Online | BitTorrent |
| 26 | 69.127.79.156 | 5/1/2012 19:24 | Ridgewood | NJ | Optimum Online | BitTorrent |
| 28 | 100.1.181.254 | 6/2/2012 2:47 | Toms River | NJ | Verizon Internet Services | BitTorrent |
| 29 | 108.35.106.142 | 4/15/2012 20:31 | Dover | NJ | Verizon Internet Services | BitTorrent |
| 30 | 108.35.128.159 | 5/18/2012 20:54 | Morristown | NJ | Verizon Internet Services | BitTorrent |
| 31 | 108.35.159.250 | 5/28/2012 11:57 | Freehold | NJ | Verizon Internet Services | BitTorrent |
| 32 | 108.35.188.65 | 4/29/2012 11:19 | Bayonne | NJ | Verizon Internet Services | BitTorrent |
| 33 | 108.50.147.117 | 3/31/2012 0:17 | Kearny | NJ | Verizon Internet Services | BitTorrent |
| 34 | 173.54.12.39 | 4/21/2012 1:52 | Harrington Park | NJ | Verizon Internet Services | BitTorrent |
| 35 | 173.54.121.123 | 4/2/2012 22:21 | Somerville | NJ | Verizon Internet Services | BitTorrent |
| 36 | 173.54.69.100 | 3/20/2012 15:47 | Orange | NJ | Verizon Internet Services | BitTorrent |
| 37 | 173.61.178.183 | 4/16/2012 22:08 | Haddonfield | NJ | Verizon Internet Services | BitTorrent |
| 38 | 173.63.52.228 | 4/4/2012 14:29 | Hackensack | NJ | Verizon Internet Services | BitTorrent |
| 39 | 173.63.88.251 | 5/25/2012 20:00 | Hazlet | NJ | Verizon Internet Services | BitTorrent |
| 40 | 173.68.90.170 | 6/3/2012 16:36 | Carteret | NJ | Verizon Internet Services | BitTorrent |
| 41 | 173.70.214.51 | 6/6/2012 13:01 | Montclair | NJ | Verizon Internet Services | BitTorrent |
| 42 | 68.236.203.124 | 4/19/2012 15:46 | Union | NJ | Verizon Internet Services | BitTorrent |
| 43 | 68.239.146.197 | 3/30/2012 4:30 | Cranford | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ6

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 44 | 70.111.71.40 | 3/29/2012 11:22 | Piscataway | NJ | Verizon Internet Services | BitTorrent |
| 45 | 71.168.218.52 | 5/25/2012 18:14 | Princeton | NJ | Verizon Internet Services | BitTorrent |
| 46 | 71.187.55.252 | 5/7/2012 22:13 | Westfield | NJ | Verizon Internet Services | BitTorrent |
| 47 | 71.187.69.172 | 3/3/2012 9:57 | Perth Amboy | NJ | Verizon Internet Services | BitTorrent |
| 48 | 72.82.254.229 | 3/30/2012 14:23 | Marlton | NJ | Verizon Internet Services | BitTorrent |
| 49 | 74.102.25.22 | 5/10/2012 1:07 | Monmouth Junction | NJ | Verizon Internet Services | BitTorrent |
| 50 | 74.102.9.67 | 3/19/2012 6:47 | Franklin Park | NJ | Verizon Internet Services | BitTorrent |
| 51 | 74.105.115.136 | 4/8/2012 7:44 | Dumont | NJ | Verizon Internet Services | BitTorrent |
| 52 | 74.105.143.37 | 6/2/2012 17:05 | Westwood | NJ | Verizon Internet Services | BitTorrent |
| 53 | 74.105.143.77 | 4/18/2012 7:12 | Westwood | NJ | Verizon Internet Services | BitTorrent |
| 54 | 74.105.169.44 | 4/8/2012 3:02 | Bergenfield | NJ | Verizon Internet Services | BitTorrent |
| 55 | 96.234.46.211 | 5/22/2012 16:21 | Long Branch | NJ | Verizon Internet Services | BitTorrent |
| 56 | 96.242.91.192 | 5/21/2012 12:53 | Caldwell | NJ | Verizon Internet Services | BitTorrent |
| 57 | 96.250.225.12 | 5/6/2012 3:32 | Bayonne | NJ | Verizon Internet Services | BitTorrent |
| 58 | 98.109.102.178 | 5/8/2012 18:47 | Plainfield | NJ | Verizon Internet Services | BitTorrent |
| 59 | 98.109.175.121 | 5/22/2012 18:26 | Ridgefield | NJ | Verizon Internet Services | BitTorrent |
| 60 | 98.110.1.42 | 3/16/2012 7:39 | Pennsauken | NJ | Verizon Internet Services | BitTorrent |
| 61 | 98.110.111.68 | 5/8/2012 2:44 | Berlin | NJ | Verizon Internet Services | BitTorrent |
| 62 | 98.110.74.119 | 3/3/2012 2:41 | Woodbury | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ6