

5/24/12 Case 3:12-cv-03900-AET-LHG WebVoyage Record View 1 Document 12-2 Filed 11/05/12 Page 1 of 16 PageID: 163

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 14 of 82 entries

previous
next

Labeled View

***Carlie Beautiful Blowjob .***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762079 / 2011-11-21

**Application Title:** Carlie Beautiful Blowjob .

**Title:** Carlie Beautiful Blowjob .

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-03-26

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT B

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=14&ti=1,14&Search_Arg=malibu media&Search_Code=N… 1/1



5/24/12 Case 3:12-cv-03900-AET-LHG WebVoyage Record View 1 Document 12-2 Filed 11/05/12 Page 2 of 16 PageID: 164

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 15 of 82 entries

previous
next

Labeled View

***Carlie Big Toy Orgasm.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776839 / 2012-02-21 |
| **Application Title:** | Carlie Big Toy Orgasm. |
| **Title:** | Carlie Big Toy Orgasm. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-03-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=15&ti=1,15&Search_Arg=malibu media&Search_Code=N… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 16 of 82 entries

Labeled View

***Carlie Leila Strawberries and Wine .***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762081 / 2011-11-18

**Application Title:** Carlie Leila Strawberries and Wine .

**Title:** Carlie Leila Strawberries and Wine .

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-05-07

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 Case 3:12-cv-03900-AET-LHG WebVoyage Record View 1 Document 12-2 Filed 11/05/12 Page 4 of 16 PageID: 166

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 22 of 82 entries

previous
next

Labeled View

***Daddy's Office.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001776838 / 2012-02-21

**Application Title:** Daddy's Office.

**Title:** Daddy's Office.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-11-12

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=22&ti=1,22&Search_Arg=malibu media&Search_Code=N… 1/1



5/24/12 Case 3:12-cv-03900-AET-LHG WebVoyage Record View 1 Document 12-2 Filed 11/05/12 Page 5 of 16 PageID: 167

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 38 of 82 entries

previous
next

Labeled View

***Jennifer Naughty Angel.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001776809 / 2012-02-21

**Application Title:** Jennifer Naughty Angel.

**Title:** Jennifer Naughty Angel.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-11-05

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=38&ti=26,38&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 Case 3:12-cv-03900-AET-LHG Document 12-2 Filed 11/05/12 Page 6 of 16 PageID: 168
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 40 of 82 entries

previous
next

Labeled View

***Just the Two of Us.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001781672 / 2012-03-18

**Application Title:** Just the Two of Us.

**Title:** Just the Two of Us.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2011

**Date of Publication:** 2011-11-18

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=40&ti=26,40&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 Case 3:12-cv-03900-AET-LHG WebVoyage Record View 1 Document 12-2 Filed 11/05/12 Page 7 of 16 PageID: 169

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 41 of 82 entries

previous
next

Labeled View

***Kat Translucence.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762073 / 2011-11-19

**Application Title:** Kat Translucence.

**Title:** Kat Translucence.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2009

**Date of Publication:** 2009-11-20

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=41&ti=26,41&Search_Arg=malibu media&Search_Code=… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 42 of 82 entries

Labeled View

***Katka Cum Like Crazy.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762074 / 2011-11-21

**Application Title:** Katka Cum Like Crazy.

**Title:** Katka Cum Like Crazy.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-07-07

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 43 of 82 entries

Labeled View

***Katka Sweet Surprise.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762075 / 2011-11-18 |
| **Application Title:** | Katka Sweet Surprise. |
| **Title:** | Katka Sweet Surprise. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-08-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 Case 3:12-cv-03900-AET-LHG Document 12-2 Filed 11/05/12 Page 10 of 16 PageID: 172
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 44 of 82 entries

previous
next

Labeled View

***Kristen Girl Next Door.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762076 / 2011-11-18

**Application Title:** Kristen Girl Next Door.

**Title:** Kristen Girl Next Door.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-08-25

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=44&ti=26,44&Search_Arg=malibu media&Search_Code=… 1/1

Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 48 of 82 entries

Labeled View

***Leila Sex On The Beach.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762083 / 2011-11-21

**Application Title:** Leila Sex On The Beach.

**Title:** Leila Sex On The Beach.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.

**Date of Creation:** 2010

**Date of Publication:** 2010-12-22

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous | next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record / Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 Case 3:12-cv-03900-AET-LHG Document 12-2 Filed 11/05/12 Page 12 of 16 PageID: 174
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 54 of 82 entries

previous
next

Labeled View

***Megan Morning Bath.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762077 / 2011-11-18
**Application Title:** Megan Morning Bath.
**Title:** Megan Morning Bath.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-02-12
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=54&ti=51,54&Search_Arg=malibu media&Search_Code=… 1/1

5/24/12 Case 3:12-cv-03900-AET-LHG Document 12-2 Filed 11/05/12 Page 13 of 16 PageID: 175
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 55 of 82 entries

previous
next

Labeled View

***Mina's Fantasy.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina's Fantasy. |
| **Title:** | Mina's Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=55&ti=51,55&Search_Arg=malibu media&Search_Code=… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 29 of 82 entries

Labeled View

***The Girl in My Shower.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001783549 / 2012-03-30 |
| **Application Title:** | The Girl in My Shower. |
| **Title:** | The Girl in My Shower. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-10-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 76 of 82 entries

***Tiffany Teenagers In Love.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762019 / 2011-11-20

**Application Title:** Tiffany Teenagers In Love.

**Title:** Tiffany Teenagers In Love.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-12-29

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 Case 3:12-cv-03900-AET-LHG Document 12-2 Filed 11/05/12 Page 16 of 16 PageID: 178
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 78 of 82 entries

previous
next
Labeled View

***Tori The Endless Orgasm.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762082 / 2011-11-18 |
| **Application Title:** | Tori The Endless Orgasm. |
| **Title:** | Tori The Endless Orgasm. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

**Save, Print and Email (Help Page)**

Select Download Format: Full Record | Format for Print/Save

Enter your email address: | Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=78&ti=76,78&Search_Arg=malibu media&Search_Code=... 1/1