Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-62,<br><br>　　　　　　　　Defendants. | Case No. 3:12-cv-03900-AET-LHG |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATESERVICE ON JOHN DOE DEFENDANTS

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty (30) days after the Court enters a ruling on the pending motion [Dkt. 7] to effectuate service of a summons and Complaint upon the Defendants.

1

So Ordered this 5th day of November, 2012