Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**RECEIVED**

DEC 3 0 2013

Chambers of
Anne E. Thompson, U.S.D.J.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOWARD LEE, TIMOTHY ARMSTRONG, WILLIAM SWARTZ, DIMPLE VENIGALLA, GREGORY TARRIS and JOHN DOES 25 and 28-62,<br><br>　　　　Defendants. | Civil Action No. 3:12-cv-03900-AET-LHG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC, by its undersigned counsel, and Defendant Gregory Tarris, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Gregory Tarris respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Gregory Tarris's claims against each other, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: */s/ Patrick J. Cerillo*
Patrick J. Cerillo, Esquire

By: */s/ Scott S. Christie*
Scott S. Christie, Esquire

1

pjcerillolaw@comcast.net
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

schristie@mccarter.com
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: 973-622-4444
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

2

Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD LEE, TIMOTHY ARMSTRONG, WILLIAM SWARTZ, DIMPLE VENIGALLA, GREGORY TARRIS and JOHN DOES 25 and 28-62,<br><br>    Defendants. | Civil Action No. 3:12-cv-03900-AET-LHG<br><br>RECEIVED<br><br>DEC 3 0 2013<br><br>AT 8:30_____M<br>WILLIAM T WALSH CLERK |

### ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Gregory Tarris's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Gregory Tarris's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this 30th day of December, 2013.

By: _____
**UNITED STATES MAGISTRATE JUDGE**

3