

RECEIVED

MAY - 7 2014

WILLIAM T WALSH CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON

MALIBU MEDIA, LLC.                        CIVIL 12-3900(AET)

   v.

JOHN DOES, et al.                         O R D E R

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 6th day of May 2014,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

_____
ANNE E. THOMPSON, U.S.D.J.